# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Alicia Malcolm, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-5083-CV-SW-JTM |
| ) | |
| Ethicon, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with Local Rule 83.9 regarding related cases, and with the consent of the Honorable Dean Whipple, it is

**ORDERED** that the defendants' motion to reassign this matter, filed June 7, 2013 [Doc. 12] is **GRANTED** and the Clerk of the Court is directed to **REASSIGN** this matter to Judge Whipple for all further proceedings.

                                                 */s/ John T. Maughmer*
                                                 **John T. Maughmer
                                                 United States Magistrate Judge**